IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:  18-31976 |
| | ) | |
| Domonique R Johnson | ) | Chapter 13 |
| | ) | |
| | ) | Judge:  Carol A. Doyle |
| Debtor(s) | ) | |

NOTICE OF MOTION

TO:   Domonique R Johnson, 4205 206th Pl Matteson, IL 60443 *via mail*

Trustee Tom Vaughn, 55 E. Monroe Street, #3850, Chicago, IL 60603 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

**See attached service list**

PLEASE TAKE NOTICE that on **September 17, 2019 at 10:00 a.m.**, I shall appear before the Honorable Carol A. Doyle at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on August 26, 2019 before the hour of 8:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:   18-31976 |
| | ) | |
| Domonique R Johnson | ) | Chapter 13 |
| | ) | |
| | ) | Judge:  Carol A. Doyle |
| Debtor(s) | ) | |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Domonique R Johnson (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on November 13, 2018 and her Plan was confirmed on January 29, 2019.

3. The Debtor's confirmation Order provides for a plan payment of $193 for 36 months with unsecured creditors receiving at least 10% of their unsecured claims.

4. The Debtor has fallen behind on her plan payments and a default has accrued, as of the date of this motion the current default is $965.  The Debtor did make a recent trustee payment on August 23, 2019 and that payment has not posted yet.

5. The Debtor fell behind on her plan payments because she moved and incurred moving expenses and at her new rental had to put down a security deposit of $1,800.

6. The Debtor is able to make her plan payments going forward but she is unable to catch up on the full default amount.

7. The Debtor seeks to modify the plan to defer the current trustee's default to the end of the plan.

8. The Debtor has filed the instant case in good faith and is in a position to proceed with the plan of reorganization.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: August 26, 2019                    Respectfully Submitted,

                                          By:   /s/ David H. Cutler
                                                David H. Cutler, esq.,
                                                Counsel for Debtor(s):
                                                Cutler & Associates, Ltd.
                                                4131 Main St.
                                                Skokie, IL 60076
                                                Phone: (847) 673-8600