| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-31976<br>Northern District of Illinois<br>Eastern Division<br>Mon Aug 26 19:12:14 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Bank of America<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Brandon Lucas<br>11417 S Throop St.<br>Chicago, IL 60643-4439 | City of Chicago<br>Dept of Business Affairs<br>121 N. LaSalle St.<br>Chicago, IL 60602-1266 | City of Chicago<br>Dept of Revenue<br>PO Box 6330<br>Chicago, IL 60680-6330 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste.600<br>Chicago IL. 60604-3517 | Credit Acceptance<br>Attn: Bankruptcy Dept<br>25505 West 12 Mile Rd Ste 3000<br>Southfield, MI 48034-8331 | Mcsi Inc<br>Po Box 327<br>Palos Heights, IL 60463-0327 |
| Municollofam<br>3348 Ridge Road<br>Lansing, IL 60438-3112 | Stellar Recovery Inc<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL 32216-8035 | TURNER ACCEPTANCE CORP<br>C/O CARRUS PORTFOLIO SERVICES<br>25 HIGHLAND PARK VILLAGE #100-199<br>C/O CARRUS PORTFOLIO SERVICES<br>DALLAS, TX 75205-2789 |
| Turner Acceptance Crp<br>5900 W Howard St<br>Skokie, IL 60077-2627 | Village of Crestwood<br>Municipal Collections of America, Inc.<br>3348 Ridge Road<br>Lansing, IL 60438-3112 | Village of Dolton<br>Municipal Collections of America, Inc.<br>3348 Ridge Road<br>Lansing, IL 60438-3112 |
| WESTLAKE FINANCIAL SERVICES<br>4751 WILSHIRE BLVD<br>SUITE 100<br>LOS ANGELES CA 90010-3847 | Westlake Financial Svc<br>4751 Wilshire Blvd Suite 100<br>Los Angeles, CA 90010-3847 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 |
| Domonique R Johnson<br>19460 S Glenwood Rd. #420<br>Chicago Heights, IL 60411-5927 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20